# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 95-cr-00395-LTB-01 |
| | USM Number: 26374-013 |
| ARTHUR TERREL WHITNEY | Warren Richard Williamson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, and 3 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Submit Written Reports | 07/31/2007 |

    The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The government withdrew violation 2.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 20, 2008
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, U.S. District Judge
Name & Title of Judge

August 26, 2008
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Notify Probation Officer of Change in Residence | 07/31/2007 |
| 4 | Possession and Use of a Controlled Substance | 04/04/2007 |
| 5 | Possession and Use of a Controlled Substance | 05/07/2007 |
| 6 | Possession and Use of a Controlled Substance | 05/29/2007 |
| 7 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 06/06/2007 |
| 8 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 07/17/2007 |
| 9 | Violation of the Law (Possession of a Schedule V Controlled Substance) | 09/25/2007 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court recommends that the Bureau of Prisons credit the defendant with 28 days time spent in official detention. The court further recommends that the Bureau of Prisons designate the defendant to a facility in Colorado for service of his sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal